COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 West-Plaza One
250 Pehle Ave., Suite 401
Saddle Brook, NJ 07663
Telephone: 201/845-9600
201/845-9423 (fax)

[Proposed] Liaison Counsel

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone: 631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICKY DUDLEY, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>CHRISTIAN W. E. HAUB, et al.,<br><br>                    Defendants. | No. 2:11-cv-05196-WJM-MF<br><br>CLASS ACTION<br><br>DECLARATION OF PETER S. PEARLMAN IN SUPPORT OF THE PENSION FUNDS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL<br><br>MOTION DATE:  December 5, 2011 |

664590_1

I, Peter S. Pearlman, declare as follows:

1. I am an attorney duly licensed to practice before this Court. I am a partner at the law firm of Cohn Lifland Pearlman Herrmann & Knopf LLP, proposed liaison counsel for the City of New Haven Employees' Retirement System and Plumbers and Pipefitters Locals. 502 & 633 Pension Trust Fund (jointly, the "Pension Funds") in the above-entitled action. I make this declaration in support of the Pension Funds' Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Notice of class action lawsuit filed against The Great Atlantic & Pacific Tea Company, Inc., published on *Business Wire*, a national business-oriented wire service, on September 9, 2011;

Exhibit B: The Pension Funds' sworn certifications;

Exhibit C: The Pension Funds' Purchases and Losses;

Exhibit D: Firm résumé of Robbins Geller Rudman & Dowd LLP; and

Exhibit E: Firm résumé of Cohn Lifland Pearlman Herrmann & Knopf LLP.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of November, 2011, at Saddle Brook, New Jersey.

*s/ Peter S. Pearlman*
Peter S. Pearlman

- 1 -

664590_1

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 8, 2011.

                                        s/ PETER S. PEARLMAN
                                        PETER S. PEARLMAN

COHN LIFLAND PEARLMAN
   HERRMANN & KNOPF LLP
Park 80 West-Plaza One
250 Pehle Ave., Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

E-mail:     psp@njlawfirm.com

664590_1

# Mailing Information for a Case 2:11-cv-05196-WJM -MF

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **PETER S. PEARLMAN**
  PSP@njlawfirm.com,gv@njlawfirm.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`