# EXHIBIT A



2 of 2 DOCUMENTS

Copyright 2011 Business Wire, Inc.
Business Wire

September 9, 2011 Friday 7:53 PM GMT

**DISTRIBUTION:** Business Editors; Legal Editors

**LENGTH:** 707 words

**HEADLINE:** Robbins Geller Rudman & Dowd LLP Files Class Action Suit Against Former and Current Executives of The Great Atlantic & Pacific Tea Company

**DATELINE:** NEW YORK

**BODY:**

    Robbins Geller Rudman & Dowd LLP ("Robbins Geller") ( http://www.rgrdlaw.com/cases/aandp/ ) today announced that a class action has been commenced in the United States District Court for the District of New Jersey on behalf of purchasers of the securities of The Great Atlantic & Pacific Tea Company, Inc. ("A&P") (NYSE:GAP) during the period between July 23, 2009 and December 10, 2010 (the "Class Period"). A&P is not named in this action as a defendant because it filed for bankruptcy protection in December 2010.

    If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from today. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Samuel H. Rudman or David A. Rosenfeld of Robbins Geller at 800/449-4900 or 619/231-1058, or via e-mail at djr@rgrdlaw.com If you are a member of this class, you can view a copy of the complaint as filed or join this class action online at http://www.rgrdlaw.com/cases/aandp/ . Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

    The complaint charges certain of A&P's former and current executives with violations of the Securities Exchange Act of 1934. A&P was founded in 1859 and currently operates conventional supermarkets, combination food and drug stores, and discount food stores.

    The complaint alleges that, throughout the Class Period, defendants failed to disclose material adverse facts about the Company's true financial condition, business and prospects. Specifically, the complaint alleges that defendants failed to disclose the following adverse facts, among others: (i) that A&P was facing increased low-cost competition from retailers such as Wal-Mart and Target Corp., which was negatively impacting the Company's business and financial condition; (ii) that the Pathmark acquisition was a complete disaster for the Company as Pathmark's operations were in far worse condition than had been represented to investors; (iii) that A&P was not operating according to internal expectations and could not achieve the guidance sponsored and/or endorsed by defendants; and (iv) that, as a result of the foregoing, defendants lacked a reasonable basis for their positive statements about the Company, its operations and prospects.

    On July 23, 2010, A&P issued a press release announcing its fiscal 2010 first quarter results and that the Company had launched a "turnaround," designed to strengthen A&P's operating and financial foundation. On August 13, 2010, A&P announced the closing of certain stores as part of the Company's operational and revenue-driven turnaround initiative, the purported Turnaround Strategy, designed to generate sustained profitability and cash flow, drive sales growth, restore competitive margins to the business and strengthen the foundation of the Company for the long term. Then on December 10, 2010, A&P shocked investors after revealing, for the first time, that the Company was performing so far

Page 2

Robbins Geller Rudman & Dowd LLP Files Class Action Suit Against Former and Current Executives of The Great Atlantic & Pacific Tea Company Business Wire September 9, 2011 Friday 7:53 PM GMT

below expectations and the purported Turnaround Strategy was failing so miserably that the Company would likely be forced to file for bankruptcy protection. In response to this announcement, the price of A&P securities declined precipitously.

Plaintiff seeks to recover damages on behalf of all purchasers of A&P securities during the Class Period (the "Class"). The plaintiff is represented by Robbins Geller, which has expertise in prosecuting investor class actions and extensive experience in actions involving financial fraud.

Robbins Geller, a 180-lawyer firm with offices in San Diego, San Francisco, New York, Boca Raton, Washington, D.C., Philadelphia and Atlanta, is active in major litigations pending in federal and state courts throughout the United States and has taken a leading role in many important actions on behalf of defrauded investors, consumers, and companies, as well as victims of human rights violations. The Robbins Geller Web site ( http://www.rgrdlaw.com ) has more information about the firm.

CONTACT: Robbins Geller Rudman & Dowd LLP
Samuel H. Rudman, 800-449-4900
David A. Rosenfeld
djr@rgrdlaw.com

**URL:** http://www.businesswire.com

**LOAD-DATE:** September 10, 2011