# EXHIBIT B

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

CITY OF NEW HAVEN EMPLOYEES' RETIREMENT SYSTEM ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5. Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

6. The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

GREAT ATLANTIC & PACIFIC

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of November, 2011.

CITY OF NEW HAVEN EMPLOYEES' RETIREMENT SYSTEM

By: _____ JEROME M. SAGNELLA, JR

Its: CERF Chairperson

SCHEDULE A

SECURITIES TRANSACTIONS

Common Stock

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 08/13/2009 | 20,825 | $6.70 |
| 09/01/2009 | 1,640 | $6.17 |
| 09/04/2009 | 12,275 | $6.14 |
| 10/27/2009 | 29,800 | $10.04 |
| 12/04/2009 | 2,695 | $11.49 |

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 09/16/2009 | 1,400 | $7.22 |
| 01/25/2010 | 13,475 | $8.34 |
| 11/17/2010 | 11,340 | $3.80 |

Bonds

| Date Acquired | Type of Debt | Face Amount | Price |
|---|---|---|---|
| 07/30/2009 | 11.375% due 08/01/2015 | 25,000 | $97.39 |
| 07/31/2009 | 11.375% due 08/01/2015 | 35,000 | $101.25 |
| 09/09/2009 | 11.375% due 08/01/2015 | 45,000 | $99.50 |
| 09/15/2009 | 11.375% due 08/01/2015 | 20,000 | $101.00 |

| Date Sold | Type of Debt | Face Amount | Price |
|---|---|---|---|
| 01/20/2010 | 11.375% due 08/01/2015 | 15,000 | $100.00 |
| 01/20/2010 | 11.375% due 08/01/2015 | 30,000 | $99.75 |
| 01/22/2010 | 11.375% due 08/01/2015 | 15,000 | $99.50 |
| 01/27/2010 | 11.375% due 08/01/2015 | 15,000 | $98.50 |
| 02/04/2010 | 11.375% due 08/01/2015 | 50,000 | $94.50 |

CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

PLUMBERS AND PIPEFITTERS LOCALS 502 & 633 PENSION TRUST FUND ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5. Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*International Brotherhood of Electrical Workers Local 697 Pension Fund v. Limited Brands, Inc., et al.*,
No. 2:09-cv-01008 (S.D. Ohio)
*Plichta v. SunPower Corporation, et al.*, No. 3:09-cv-05473 (N.D. Cal.)

6. The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

GREAT ATLANTIC

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of October, 2011.

PLUMBERS AND PIPEFITTERS
LOCALS 502 & 633 PENSION TRUST
FUND

By: _____

Its: Chairman

By: John W. Young

Its: Secretary

SCHEDULE A

SECURITIES TRANSACTIONS

**Acquisitions**

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 10/27/2009 | 26,510 | $10.04 |
| 12/04/2009 | 2,400 | $11.49 |

**Sales**

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 07/22/2010 | 305 | $3.82 |