# EXHIBIT C

Movant's Purchases and Losses      Great Atlantic & Pacific Tea Co.

| Name | Date | Shares Purchased | Share Price | Total Cost | Date** | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| City of New Haven Employees' Retirement Fund | 08/13/2009 | 20,825 | $6.70 | $139,485.85 | 09/16/2009 | 1,400 | $7.22 | $10,109.40 | |
| City of New Haven Employees' Retirement Fund | 09/01/2009 | 1,640 | $6.17 | $10,118.80 | 01/25/2010 | 13,475 | $8.34 | $112,408.45 | |
| City of New Haven Employees' Retirement Fund | 09/04/2009 | 12,275 | $6.14 | $75,307.13 | 11/17/2010 | 11,340 | $3.80 | $43,057.98 | |
| City of New Haven Employees' Retirement Fund | 10/27/2009 | 29,800 | $10.04 | $299,132.40 | 12/17/2010 | 19,020 | $0.34 | $6,383.11 | |
| City of New Haven Employees' Retirement Fund | 12/04/2009 | 2,695 | $11.49 | $30,965.55 | 12/27/2010 | 22,000 | $0.25 | $5,495.60 | |
| City of New Haven Employees' Retirement Fund | | 67,235 | | $555,009.73 | | 67,235 | | $177,454.54 | ($377,555.18) |
| City of New Haven Employees' Retirement Fund (11.375%-08/01/2015) | 07/30/2009 | 25,000 | $97.39 | $24,346.25 | 01/20/2010 | 15,000 | $100.00 | $15,000.00 | |
| City of New Haven Employees' Retirement Fund (11.375%-08/01/2015) | 07/31/2009 | 35,000 | $101.25 | $35,437.50 | 01/20/2010 | 30,000 | $99.75 | $29,925.00 | |
| City of New Haven Employees' Retirement Fund (11.375%-08/01/2015) | 09/09/2009 | 45,000 | $99.50 | $44,775.00 | 01/22/2010 | 15,000 | $99.50 | $14,925.00 | |
| City of New Haven Employees' Retirement Fund (11.375%-08/01/2015) | 09/15/2009 | 20,000 | $101.00 | $20,200.00 | 01/27/2010 | 15,000 | $98.50 | $14,775.00 | |
| City of New Haven Employees' Retirement Fund (11.375%-08/01/2015) | | | | | 02/04/2010 | 50,000 | $94.50 | $47,250.00 | |
| City of New Haven Employees' Retirement Fund (11.375%-08/01/2015) | | 125,000 | | $124,758.75 | | 125,000 | | $121,875.00 | ($2,883.75) |
| Plumbers and Pipefitters Locals 502 & 633 Pension Trust Fund | 10/27/2009 | 26,510 | $10.04 | $266,115.33 | 07/22/2010 | 305 | $3.82 | $1,165.13 | |
| Plumbers and Pipefitters Locals 502 & 633 Pension Trust Fund | 12/04/2009 | 2,400 | $11.49 | $27,577.44 | 12/17/2010 | 28,605 | $0.34 | $9,599.84 | |
| Plumbers and Pipefitters Locals 502 & 633 Pension Trust Fund | | 28,910 | | $293,692.77 | | 28,910 | | $10,764.97 | ($282,927.80) |
| Movants' Total | | 221,145 | | $973,461.25 | | 221,145 | | $310,094.51 | ($663,366.74) |

*For shares held at the end of the class period, damages are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $0.23 as of March 10, 2011.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.