UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICK DUDLEY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN W.E. HAUB, ERIC CLAUS, BRENDA M. GALGANO, ANDREAS GULDIN, RON MARSHALL, and SAMUEL MARTIN,<br><br>Defendants. | No. 2:11-cv-05196<br><br>**ORDER ON ORAL MOTION** |

### [PROPOSED] ORDER ADMITTING COUNSEL *PRO HAC VICE*

This matter coming before the Court on the motion of Michael S. Gordon, seeking permission for David H. Kistenbroker, Alan R. Friedman, Joni S. Jacobsen, and Ashley J. Burden of Katten Muchin Rosenman LLP, to appear *pro hac vice* as counsel for Defendants Eric Claus and Ron Marshall in the above-captioned matter, and for good cause shown, it is hereby ordered that:

1. David H. Kistenbroker, Joni S. Jacobsen, and Ashley J. Burden, members of the Illinois Bar, and Alan R. Friedman, a member of the New York and California Bars, are permitted to appear *pro hac vice* in the above-captioned matter in the United States District Court for the District of New Jersey pursuant to Local Civil Rule 101.1(c); provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Michael S. Gordon, who is a member in good standing with the Bar of the Supreme Court of New Jersey and the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case, and who shall be present before the Court during all phases of this proceeding, unless

expressly excused by the Court, and well as be held responsible for the conduct of the attorneys admitted *pro hac vice* pursuant to this Order;

2. Pursuant to Local Civil Rule 101.1(c)(2), David H. Kistenbroker, Alan R. Friedman, Joni S. Jacobsen, and Ashley J. Burden shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with the New Jersey Court Rule 1:28-2 within thirty (30) days from the date of the entry of this Order, enclosing with payment a completed Form PHV -8;

3. David H. Kistenbroker, Alan R. Friedman, Joni S. Jacobsen, and Ashley J. Burden, shall be bound by the General Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of L. Civ. R. 103.1, *Judicial Ethics and Professional Responsibility*, and L. Civ. R. 104.1, *Discipline of Attorneys*;

4. Pursuant to Local Civil Rule 101.1(c)(4), David H. Kistenbroker, Alan R. Friedman, Joni S. Jacobsen, and Ashley J. Burden, shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule. Rule 1:21-1, as amended; and

6. A payment of $150.00 for each attorney admitted *pro hac vice* shall be made to the Clerk of the United States District Court for the District of New Jersey.

DATED: Nov. 21, 2011

**MARK FALK**
**U.S. Magistrate Judge**