Lawrence M. Rolnick
Sheila A. Sadighi
Megan E. Hiorth
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500
*Attorneys for Defendants Christian W.E. Haub and Andreas Guldin*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICKY DUDLEY, Individually and On Behalf of All Others Similarly Situated,<br><br>                               Plaintiff,<br><br>-v-<br><br>CHRISTIAN W.E. HAUB, ERIC CLAUS, BRENDA M. GALGANO, ANDREAS GULDIN, RON MARSHALL, AND SAMUEL MARTIN,<br><br>                               Defendants. | **DOCUMENT FILED ELECTRONICALLY**<br><br>Civil Action No: 2:11-cv-05196-WJM-MF<br><br>Honorable William J. Martini, U.S.D.J.<br>Honorable Mark Falk, U.S.M.J.<br><br>**NOTICE OF APPEARANCE OF LAWRENCE M. ROLNICK** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters his appearance in the above-captioned matter on behalf of Defendants Christian W.E. Haub and Andreas Guldin as counsel of record, and respectfully requests that all future notices and/or pleadings in this matter should be served upon:

> Lawrence M. Rolnick, Esq.
> Lowenstein Sandler PC
> 65 Livingston Avenue
> Roseland, New Jersey 07068
> Tel: (973) 597-2468
> Fax: (973) 597-2469
> Email: lrolnick@lowenstein.com

                                                                    Respectfully submitted,

                                                                    **LOWENSTEIN SANDLER PC**
                                                                    *Attorneys for Defendants*
                                                                    *Christian W.E. Haub and Andreas Guldin*

Dated: November 30, 2011                         By:   s/ Lawrence M. Rolnick
                                                                          Lawrence M. Rolnick

26248/2
11/30/2011 19104497.1