Lawrence M. Rolnick
Sheila A. Sadighi
Megan E. Hiorth
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500
*Attorneys for Defendants Christian W.E. Haub and Andreas Guldin*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICKY DUDLEY, Individually and On Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>-v-<br><br>CHRISTIAN W.E. HAUB, ERIC CLAUS, BRENDA M. GALGANO, ANDREAS GULDIN, RON MARSHALL, AND SAMUEL MARTIN,<br><br>                                    Defendants. | **DOCUMENT FILED ELECTRONICALLY**<br><br>Civil Action No: 2:11-cv-05196-WJM-MF<br><br>Honorable William J. Martini, U.S.D.J.<br>Honorable Mark Falk, U.S.M.J.<br><br>**NOTICE OF APPEARANCE OF MEGAN E. HIORTH** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters her appearance in the above-captioned matter on behalf of Defendants Christian W.E. Haub and Andreas Guldin as counsel of record, and respectfully requests that all future notices and/or pleadings in this matter should be served upon:

> Megan E. Hiorth, Esq.
> Lowenstein Sandler PC
> 65 Livingston Avenue
> Roseland, New Jersey 07068
> Tel: (973) 597-2452
> Fax: (973) 597-2453
> Email: mhiorth@lowenstein.com

> Respectfully submitted,
>
> **LOWENSTEIN SANDLER PC**
> *Attorneys for Defendants*
> *Christian W.E. Haub and Andreas Guldin*

Dated: November 30, 2011                    By:   s/ Megan E. Hiorth
                                                           Megan E. Hiorth

26248/2
11/30/2011 19104903.1