UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Ricky Dudley, Individually and On
Behalf of All Others Similarly Situated,

           Plaintiff(s)      :    Civil Action No. 2:11cv05196

v.

Christian W. E. Haub, Eric Claus,
Brenda M. Galgano, Andreas Guldin,
Ron Marshall, and Samuel Martin

           Defendant(s)    :

### REQUEST BY LOCAL COUNSEL FOR
### PRO HAC VICE ATTORNEY
### TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name:    Bradley J. Butwin

Address:  7 Times Square

           NY, NY 10036

e-Mail:   bbutwin@omm.com
(one email address only)

Instructions for **LOCAL COUNSEL** for filing:

1. Select the Case Type (Civil) from the menu bar at the top of your screen.
2. Click on **Notices**.
3. Select the event, **Notice of Pro Hac Vice to Receive NEF.**
4. Enter the case for which the Request is being filed.
5. Select the PDF document to file.
6. Proofread the docket text.
7. Submit the Request to ECF by clicking the **NEXT** button.