# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

COUNSELLORS AT LAW
PARK 80 WEST - PLAZA ONE • 250 PEHLE AVENUE, SUITE 401 • SADDLE BROOK, N.J. 07663
201-845-9600 • FAX 201-845-9423

Peter S. Pearlman, Esq.
psp@njlawfirm.com
Direct Dial: 551-497-7131
Cell: 201-709-0597

General E-mail: clphk@njlawfirm.com
Internet Address: www.njlawfirm.com

January 19, 2012

**VIA ECF**
Hon. William J. Martini, USDJ
M.L. King Jr. Federal Building & Courthouse
50 Walnut Street, Room 4076
Newark, NJ 07102

      Re:    Ricky Dudley v. Christian W.E. Haub, et al.
               Case No.: 11-5196 (WJM-MF)
               Our File No.: 38,382-0

Dear Judge Martini:

On behalf of lead plaintiffs City of New Haven Employees' Retirement System and Plumbers and Pipefitters Locals 502 & 633 Pension Trust Fund I enclose a proposed Stipulation and Order scheduling the filing of an amended complaint, defendants' responses thereto, and, should defendants move with respect to that complaint, a briefing schedule for the motion(s) to dismiss. As Your Honor can see, this Stipulation has been signed on behalf of all parties, and we ask that Your Honor enter it if you find it satisfactory.

Naturally, should Your Honor have any questions please feel free to contact any counsel at your convenience.

Respectfully yours,

Peter S. Pearlman

PSP:glv
Enclosure
cc: All Counsel of Record (via ECF and email w/enc.)

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICKY DUDLEY, Individually and On Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>vs.<br><br>CHRISTIAN W.E. HAUB, ERIC CLAUS, BRENDA M. GALGANO, ANDREAS GULDIN, RON MARSHALL and SAMUEL MARTIN,<br><br>   Defendants. | No. 2:11-cv-05196<br><br>STIPULATION AND [PROPOSED] ORDER |

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, by and among the undersigned counsel to the parties in the above-captioned action, as follows:

1. Lead Plaintiffs City of New Haven Employees' Retirement System and Plumbers and Pipefitters Locals 502 & 633 Pension Trust Fund ("Lead Plaintiffs") shall file their Amended Complaint on March 2, 2012.

2. Defendants shall, no later than May 1, 2012, answer, move or otherwise respond to the Amended Complaint.

3. Lead Plaintiffs shall, no later than July 2, 2012, file and serve their response to Defendants' motion to dismiss.

4. Defendants shall, no later than August 16, 2012, file and serve any reply in support of their motion to dismiss.

By: /s/ Michael S. Gordon
Michael S. Gordon
Alan R. Friedman
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Telephone: 212/940-8800
212/940-8776 (fax)

David H. Kistenbroker
Joni S. Jacobsen
Ashley J. Burden
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
Telephone: 312/902-5200
312/902-1061 (fax)

*Attorneys for Defendants Eric Claus and Ron Marshall*

By: /s/ Peter S. Pearlman
Peter S. Pearlman
COHN LIFLAND PEARLMAN
   HERRMANN & KNOPF LLP
Park 80 West-Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
Telephone: 201/845-9600
201/845-9423 (fax)

Samuel H. Rudman
ROBBINS GELLER RUDMAN
   & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

*Attorneys for Lead Plaintiffs and the Class*

By: /s/ Lawrence M. Rolnick
Gary Bornstein
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: 212/474-1084
212/474-3700 (fax)

Lawrence M. Rolnick
LOWENSTEIN SANDLER LLP
65 Livingston Avenue
Roseland, NJ 07068
Telephone: 973/597-2468
973/597-2469 (fax)

*Attorneys for Defendants Christian W.E. Haub and Andreas Guldin*

By: /s/ Allen W. Burton
Bradley J. Butwin
Allen W. Burton
O'MELVENY & MEYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: 212/326-2282
212/326-2061 (fax)

*Attorneys for Defendants Brenda M. Galgano and Samuel Martin*

\*   \*   \*

PURSUANT TO THIS STIPULATION, IT IS HEREBY SO ORDERED.

Dated: January ____, 2012

HONORABLE WILLIAM J. MARTINI
UNITED STATES DISTRICT JUDGE