UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICKY DUDLEY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN W.E. HAUB, ERIC CLAUS, BRENDA M. GALGANO, ANDREAS GULDIN, RON MARSHALL and SAMUEL MARTIN,<br><br>Defendants. | No. 2:11-cv-05196<br><br>STIPULATION AND [PROPOSED] ORDER |

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, by and among the undersigned counsel to the parties in the above-captioned action, as follows:

1. Lead Plaintiffs City of New Haven Employees' Retirement System and Plumbers and Pipefitters Locals 502 & 633 Pension Trust Fund ("Lead Plaintiffs") shall file their Amended Complaint on March 2, 2012.

2. Defendants shall, no later than May 1, 2012, answer, move or otherwise respond to the Amended Complaint.

3. Lead Plaintiffs shall, no later than July 2, 2012, file and serve their response to Defendants' motion to dismiss.

4. Defendants shall, no later than August 16, 2012, file and serve any reply in support of their motion to dismiss.

By: /s/ Michael S. Gordon
Michael S. Gordon
Alan R. Friedman
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Telephone: 212/940-8800
212/940-8776 (fax)

David H. Kistenbroker
Joni S. Jacobsen
Ashley J. Burden
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
Telephone: 312/902-5200
312/902-1061 (fax)

*Attorneys for Defendants Eric Claus and Ron Marshall*

By: /s/ Peter S. Pearlman
Peter S. Pearlman
COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Park 80 West-Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
Telephone: 201/845-9600
201/845-9423 (fax)

Samuel H. Rudman
ROBBINS GELLER RUDMAN
 & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

*Attorneys for Lead Plaintiffs and the Class*

By:   /s/ Lawrence M. Rolnick
      Gary Bornstein
      CRAVATH, SWAINE & MOORE LLP
      Worldwide Plaza
      825 Eighth Avenue
      New York, NY  10019
      Telephone: 212/474-1084
      212/474-3700 (fax)

      Lawrence M. Rolnick
      LOWENSTEIN SANDLER LLP
      65 Livingston Avenue
      Roseland, NJ  07068
      Telephone: 973/597-2468
      973/597-2469 (fax)

      *Attorneys for Defendants Christian W.E.*
      *Haub and Andreas Guldin*

By:   /s/ Allen W. Burton
      Bradley J. Butwin
      Allen W. Burton
      O'MELVENY & MEYERS LLP
      Times Square Tower
      7 Times Square
      New York, NY  10036
      Telephone: 212/326-2282
      212/326-2061 (fax)

      *Attorneys for Defendants Brenda M.*
      *Galgano and Samuel Martin*

\*   \*   \*

PURSUANT TO THIS STIPULATION, IT IS HEREBY SO ORDERED.

Dated: ~~January~~ Feb 3, 2012

_____
HONORABLE WILLIAM J. MARTINI
UNITED STATES DISTRICT JUDGE

- 3 -