# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

COUNSELLORS AT LAW
PARK 80 WEST · PLAZA ONE · 250 PEHLE AVENUE, SUITE 401 · SADDLE BROOK, N.J. 07663
201-845-9600 · FAX 201-845-9423

Peter S. Pearlman, Esq.
psp@njlawfirm.com
Direct Dial: 551-497-7131
Cell: 201-709-0597

General E-mail: clphk@njlawfirm.com
Internet Address: www.njlawfirm.com

March 1, 2012

**VIA FACSIMILE 973-645-4703**

Hon. William J. Martini
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4076
Newark, NJ 07101

    Re:    *Ricky Dudley v. Christian W.E. Haub, et al.*,
            Case No.: 11-5196 (WJM-MF)

Dear Judge Martini:

    We represent Lead Plaintiffs City of New Haven Employees' Retirement System and Plumbers and Pipefitters Locals 502 & 633 Pension Trust Fund ("Lead Plaintiffs") in the above-referenced action. We write by facsimile with the Court's permission to respectfully request that the Court extend the time to file Lead Plaintiffs' Amended Complaint.

    On February 6, 2012, the Court enter a Stipulation and Order (Doc. No. 23) directing that: (i) Lead Plaintiffs are to file their Amended Complaint on March 2, 2012; (ii) Defendants are to answer, move or otherwise respond to the Amended Complaint no later than May 1, 2012; (iii) Lead Plaintiffs are to file and serve their response to Defendants' motion to dismiss no later than July 2, 2012; and (iv) Defendants are to file and serve any reply in support of their motion to dismiss no later than August 16, 2012.

    Lead Plaintiffs seek a two-week extension of time to file their Amended Complaint and to extend the schedule for the briefing on Defendants' anticipated motion to dismiss. Defendants do not oppose such request. Lead Plaintiffs also have conferred with Defendants regarding the extended briefing schedule, and the parties have agreed upon the following schedule subject, of court to Your Honor's approval:

- Lead Plaintiffs shall file their Amended Complaint no later than March 16, 2012;

- Defendants shall answer, move or otherwise respond to the Amended Complaint no later than June 1, 2012;

**COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**
COUNSELLORS AT LAW

March 1, 2012
Page 2

- Should Defendants move to dismiss the Amended Complaint, Lead Plaintiffs shall file and serve their response to Defendants' motion to dismiss no later than August 1, 2012; and

- Defendants shall file their reply in support of their motion to dismiss no later than September 17, 2012.

There have been no prior requests to extend the time for filing the Amended Complaint, as set forth in this Court's February 6, 2012 Order. Lead Plaintiffs respectfully request that the Court So-Order the extended briefing schedule set forth herein.

Respectfully submitted,

Peter S. Pearlman

MA/PAF

cc: Mario Alba, Esq. (via email only)
Lawrence M. Rolnick, Esq. (via email only)
Gary Bornstein, Esq. (via email only)
Bradley J. Butwin, Esq. (via email only)
Allen W. Burton, Esq. (via email only)
Michael S. Gordon, Esq. (via email only)
Alan R. Friedman, Esq. (via email only)
David H. Kistenbroker, Esq. (via email only)
Joni S. Jacobsen, Esq. (via email only)
Ashley J. Burden, Esq. (via email only)

SO ORDERED:

Dated: 3/2/12

Hon. William J. Martini, USDJ