Lawrence M. Rolnick
Sheila A. Sadighi
Megan E. Hiorth
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500
*Attorneys for Defendants Christian W.E. Haub and Andreas Guldin*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICKY DUDLEY, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>-v-<br><br>CHRISTIAN W.E. HAUB, ERIC CLAUS, BRENDA M. GALGANO, ANDREAS GULDIN, RON MARSHALL, AND SAMUEL MARTIN,<br><br>        Defendants. | **DOCUMENT FILED ELECTRONICALLY**<br><br>Civil Action No: 2:11-cv-05196-WJM-MF<br><br>Honorable William J. Martini, U.S.D.J.<br>Honorable Mark Falk, U.S.M.J.<br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

    Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

    1.  An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered [Docket Entry No. 13]; and

    2.  If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

                     Respectfully submitted,

                     **LOWENSTEIN SANDLER PC**
                     *Attorneys for Defendants*
                     *Christian W.E. Haub and Andreas Guldin*

Dated: April 5, 2012          By: s/ Sheila A. Sadighi
                       Sheila A. Sadighi

*PRO HAC VICE* ATTORNEY INFORMATION:

Name:       Gary A. Bornstein, Esq.

Address:    Cravath, Swaine & Moore LLP
            Worldwide Plaza
            825 Eighth Avenue
            New York, New York 10019-7475

E-mail:     gbornstein@cravath.com
            bheidlage@cravath.com
            managing_attorneys_office@cravath.com