Sean-Patrick Wilson
Direct Tel.: (973) 639-7555
E-mail: sean.wilson@lw.com

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: +1.973.639.1234  Fax: +1.973.639.7298
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Moscow |
| Barcelona | Munich |
| Beijing | New Jersey |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Doha | Riyadh |
| Dubai | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

April 23, 2012

**VIA ECF AND FEDERAL EXPRESS**

Hon. Mark Falk, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street.
Newark, New Jersey 07101

**ORDER ON ORAL MOTION**

Re:   Ricky Dudley v. Christian W.E. Haub, et al.,
       Case No.: 2:11-cv-5196 (WJM)(MF)

Dear Judge Falk:

We represent Defendants The Yucaipa Companies LLC and Ronald Burkle (the "Yucaipa Defendants") in the above referenced matter. We write to request that their responses to the Amended Complaint be on the same schedule as the other parties in this case.

The Yucaipa Defendants were not named as defendants in the earlier complaint in this case, but were named in the recently filed Amended Complaint. On March 1, 2012, before the Yucaipa defendants were named, the parties to the earlier complaint requested the following schedule:

- Defendants shall answer, move or otherwise respond to the Amended Complaint no later than June 1, 2012;

- Should Defendants move to dismiss the Amended Complaint, Lead Plaintiffs shall serve their responses to Defendants' motion to dismiss no later than August 1, 2012; and

- Defendants shall file their reply in support of their motion to dismiss no later than September 17, 2012.

On March 2, 2012, Judge Martini approved this schedule. (*See* Docket Entry 24 (attached).) The Yucaipa Defendants ask to be permitted to respond to the Amended Complaint on this same schedule.

April 23, 2012
Hon. Mark Falk, U.S.M.J.
Page 2

**LATHAM&WATKINS**LLP

There have been no prior requests by the Yucaipa Defendants to extend the deadline for responding to the Amended Complaint and plaintiffs' counsel of record has consented to this request. We respectfully request that the Court So-Order this request.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Sean-Patrick Wilson
Sean-Patrick Wilson

cc: All Counsel of Record (via ECF)

SO ORDERED:

Dated: 4/24/12

_____
Hon. Mark Falk, U.S.M.J.