Case 2:11-cv-05196-WJM-MF   Document 34-4   Filed 04/18/12   Page 1 of 2 PageID: 357

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICKY DUDLEY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-v.-<br><br>CHRISTIAN W.E. HAUB, ERIC CLAUS, BRENDA M. GALGANO, RONALD MARSHALL, SAMUEL MARTIN, THE YUCAIPA COMPANIES LLC, RONALD BURKLE AND FREDERIC BRACE,<br><br>Defendants. | Case No. 2:11-CV-05196-WJM-MF<br><br>[PROPOSED] ORDER ADMITTING COUNSEL *PRO HAC VICE* |

**THIS MATTER** having been opened to the Court by Latham & Watkins LLP, counsel for The Yucaipa Companies LLC and Ronald Burkle in the above-captioned matter, for the entry of an Order admitting James E. Brandt and Jeff G. Hammel of the law firm Latham & Watkins LLP, *pro hac vice*; and the Court having considered the Certifications in support of the application; and for good cause shown;

IT IS on this ___8___ day of ___May___, 2012,

**ORDERED** that James E. Brandt and Jeff G. Hammel are hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1 for the sole purpose of entering an appearance and representing Defendants The Yucaipa Companies LLC and Ronald Burkle in this matter; and it is

**FURTHER ORDERED** that James E. Brandt and Jeff G. Hammel abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting her standing at the bar of any court; and it is

**FURTHER ORDERED** that James E. Brandt and Jeff G. Hammel shall, for the duration of the time that they serve as counsel *pro hac vice* in this matter, make annual payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall each pay the sum of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3); and it is

**FURTHER ORDERED** that James E. Brandt and Jeff. G. Hammel shall have all pleadings, briefs and other papers submitted to the Court in this matter filed by Sean-Patrick Wilson, or another attorney of Latham & Watkins LLP who is admitted to practice before this Court, as the attorney of record in this matter, pursuant to Local Civil Rule 101.1(c)(4).

_____
Hon. William J. Martini, U.S.D.J.

Mark Falk, USMJ