UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RICKY DUDLEY, Individually and On Behalf of All Others Similarly Situated

    Plaintiff(s)      :    Civil Action No. 2:11-CV-05196-WJM-MF

v.                         :

CHRISTIAN W.E. HAUB, ERIC CLAUS, BRENDA M. GALGANO, RONALD MARSHALL, SAMUEL MARTIN, THE YUCAIPA COMPANIES LLC, RONALD BURKLE AND FREDERIC BRACE,

    Defendant(s)      :

**REQUEST BY LOCAL COUNSEL FOR
PRO HAC VICE ATTORNEY
TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

    _s/ Sean-Patrick Wilson_____
    Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name:    _James E. Brandt_____

Address:    _Latham & Watkins LLP_____

    _885 Third Avenue_____

    _New York, NY  10022_____

    _____

e-Mail:    _james.brandt@lw.com_____
    (one email address only)

Instructions for **LOCAL COUNSEL** for filing:

1. Select the Case Type (Civil) from the menu bar at the top of your screen.
2. Click on **Notices**.
3. Select the event, **Notice of Pro Hac Vice to Receive NEF.**
4. Enter the case for which the Request is being filed.
5. Select the PDF document to file.
6. Proofread the docket text.
7. Submit the Request to ECF by clicking the **NEXT** button.