# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICKY DUDLEY, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 2:11-cv-05196 ) ) |
| CHRISTIAN W. E. HAUB, ERIC CLAUS, BRENDA M. GALGANO, RONALD MARSHALL, SAMUEL MARTIN, THE YUCAIPA COMPANIES LLC, RONALD BURKLE AND FREDERIC BRACE, | ) **SUBSTITUTION OF** ) **ATTORNEY** ) ) ) ) ) |
| Defendants. | ) |

The undersigned hereby consent to the substitution of Brian C. Raphel as the Attorney of Record for the Defendant Ronald Marshall in the above-entitled action.

SUPERSEDING ATTORNEY OF RECORD        WITHDRAWING ATTORNEY OF RECORD

/s/ Brian C. Raphel
Brian C. Raphel
DECHERT  LLP
A Pennsylvania Limited Liability Partnership
Suite 500, 902 Carnegie Center
Princeton, NJ 08540-6531
(609) 955-3292

/s/ Michael S. Gordon
Michael S. Gordon
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
(212) 940-8800

Dated: May 30, 2012

## CERTIFICATE OF SERVICE

      I hereby certify that on May 30, 2012, the foregoing Substitution of Attorney for Defendant Ronald Marshall was filed with the Clerk of the Court using the CM/ECF system which will electronically serve all counsel of record.

                                                  /s/ Brian C. Raphel
                                                  Brian C. Raphel