Jason B. Lattimore
LATHAM & WATKINS LLP
One Newark Center, 16th Floor
Newark, New Jersey  07101
(973) 639-1234

James E. Brandt (*pro hac vice*)
Jeff G. Hammel (*pro hac vice*)
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York  10022
(212) 906-1200

*Attorneys for Defendants*
*The Yucaipa Companies LLC and*
*Ronald Burkle*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICKY DUDLEY, Individually and On Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN W.E. HAUB, ERIC CLAUS, BRENDA M. GALGANO, RONALD MARSHALL, SAMUEL MARTIN, THE YUCAIPA COMPANIES LLC, RONALD BURKLE and FREDERIC BRACE<br><br>Defendants. | Civil Action No.: 2:11-CV-05196 (WJM) (MF)<br><br><br>**NOTICE OF MOTION<br>TO DISMISS**<br><br><br>**MOTION DATE: October 15, 2012** |

TO: THE CLERK OF COURT AND ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on October 15, 2012, at 9:00 a.m., or as soon thereafter as counsel may be heard, defendants The Yucaipa Companies LLC and Ronald Burkle (jointly "Defendants") will move, by and through the undersigned attorneys, before the Honorable

William J. Martini, U.S.D.J., for an order pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq*., dismissing the Amended Complaint in the above-captioned action with prejudice.

**PLEASE TAKE FURTHER NOTICE** that, in support of their motion, Defendants will rely upon the accompanying Memorandum of Law, Declaration of Jason B. Lattimore, and proposed Order, as well as all pleadings and other documents filed with the Court in this matter, including the motion to dismiss submitted by other defendants in this case.

Oral argument is requested.

Dated:  June 22, 2012

                                          Respectfully submitted,

                                          LATHAM & WATKINS LLP

                                          By:  _s/ Jason B. Lattimore_ _____
                                                 Jason B. Lattimore

                                            One Newark Center, 16th Floor
                                            Newark, New Jersey 07101
                                            (973) 639-1234

                                            James E. Brandt (*pro hac vice*)
                                            Jeff G. Hammel (*pro hac vice*)
                                            LATHAM & WATKINS LLP
                                            885 Third Avenue
                                            New York, New York 10022
                                            (212) 906-1200

                                          *Attorneys for Defendants*
                                          *The Yucaipa Companies, LLC and*
                                          *Ronald Burkle*