Jason B. Lattimore
LATHAM & WATKINS LLP
One Newark Center, 16th Floor
Newark, New Jersey  07101
(973) 639-1234

James E. Brandt (*pro hac vice*)
Jeff G. Hammel (*pro hac vice*)
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York  10022
(212) 906-1200

*Attorneys for Defendants*
*The Yucaipa Companies LLC and*
*Ronald Burkle*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RICKY DUDLEY, Individually and On Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN W.E. HAUB, ERIC CLAUS, BRENDA M. GALGANO, RONALD MARSHALL, SAMUEL MARTIN, THE YUCAIPA COMPANIES LLC, RONALD BURKLE and FREDERIC BRACE<br><br>Defendants. | Civil Action No.: 2:11-CV-05196 (WJM) (MF)<br><br><br>**CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2** |

In accordance with Local Civil Rule 11.2, we, the undersigned counsel for Defendants The Yucaipa Companies LLC and Ronald Burkle, certify that to the best of our knowledge, the matter in controversy is not currently the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.

Dated:  June 22, 2012					LATHAM & WATKINS LLP

							By: ___s/ Jason Lattimore_____
							Jason B. Lattimore
							One Newark Center, 16th Floor
							Newark, New Jersey 07101
							(973) 639-1234

							James E. Brandt (*pro hac vice*)
							Jeff G. Hammel (*pro hac vice*)
							LATHAM & WATKINS LLP
							885 Third Avenue
							New York, New York 10022
							(212) 906-1200

							*Attorneys for Defendants*
							*The Yucaipa Companies LLC and*
							*Ronald Burkle*