Jason B. Lattimore
LATHAM & WATKINS LLP
One Newark Center, 16th Floor
Newark, New Jersey 07101
(973) 639-1234

James E. Brandt (*pro hac vice*)
Jeff G. Hammel (*pro hac vice*)
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
(212) 906-1200

*Attorneys for Defendants*
*The Yucaipa Companies LLC and*
*Ronald Burkle*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RICKY DUDLEY, Individually and On Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN W.E. HAUB, ERIC CLAUS, BRENDA M. GALGANO, RONALD MARSHALL, SAMUEL MARTIN, THE YUCAIPA COMPANIES LLC, RONALD BURKLE and FREDERIC BRACE<br><br>Defendants. | Civil Action No.: 2:11-CV-05196 (WJM) (MF)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS** |

**THIS MATTER** having come before the Court upon the application of Defendants The Yucaipa Companies LLC and Ronald Burkle, by and through their counsel, Latham & Watkins LLP, for an Order dismissing the Amended Complaint filed by Plaintiff Ricky Dudley for failure to state a claim upon which relief can be granted pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15

2

U.S.C. § 78u-4 *et seq.*; the Court having reviewed all the papers submitted in support of and in opposition to the motion; the Court having conducted oral argument on the motion; and good cause having been shown,

**IT IS** on this _____ day of _____, 2012,

**ORDERED** that Defendants The Yucaipa Companies LLC's and Ronald Burkle's Motion to Dismiss the Amended Complaint be and it hereby is GRANTED; and it is further

**ORDERED** that the Complaint filed by Plaintiff Ricky Dudley be and it hereby is DISMISSED WITH PREJUDICE as to Defendants The Yucaipa Companies LLC and Ronald Burkle.

_____
HON. WILLIAM J. MARTINI, U.S.D.J.