Jason B. Lattimore
LATHAM & WATKINS LLP
One Newark Center, 16th Floor
Newark, New Jersey 07101
(973) 639-1234

James E. Brandt (*pro hac vice*)
Jeff G. Hammel (*pro hac vice*)
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
(212) 906-1200

*Attorneys for Defendants*
*The Yucaipa Companies LLC*
*and Ronald Burkle*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICKY DUDLEY, Individually and On Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN W.E. HAUB, ERIC CLAUS, BRENDA M. GALGANO, RONALD MARSHALL, SAMUEL MARTIN, THE YUCAIPA COMPANIES LLC, RONALD BURKLE and FREDERIC BRACE<br><br>Defendants. | Civil Action No.: 2:11-CV-05196 (WJM) (MF)<br><br><br><br>**CERTIFICATE OF SERVICE** |

I, Jason B. Lattimore, hereby certify under the penalty of perjury that:

1. I am a member in good standing of the bar of this court and am associated with the law firm of Latham & Watkins LLP, counsel for Defendants The Yucaipa Companies LLC and Ronald Burkle.

2. On this date, I filed **DEFENDANTS THE YUCAIPA COMPANIES LLC AND RONALD BURKLE'S NOTICE OF MOTION TO DISMISS; MEMORANDUM OF**

**LAW IN SUPPORT OF MOTION TO DISMISS THE AMENDED COMPLAINT AS TO THE YUCAIPA COMPANIES LLC AND RONALD BURKLE; DECLARATION OF JASON B. LATTIMORE, ESQ. IN SUPPORT OF MOTION TO DISMISS; CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2; [PROPOSED] ORDER GRANTING MOTION TO DISMISS; and this CERTIFICATE OF SERVICE** via the ECF system for the U.S. District Court for the District of New Jersey, thereby effectuating service upon all counsel of record.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 22, 2012

                                             _s/ Jason B. Lattimore_
                                                 Jason B. Lattimore