

**Sheila A. Sadighi**
Member of the Firm
Tel  973 597 6218
Fax  973 597 6219
ssadighi@lowenstein.com

June 22, 2012

**VIA ECF**

Honorable William J. Martini, U.S.D.J.
M.L. King Jr. Federal Building & Courthouse
50 Walnut Street, Room 4076
Newark, New Jersey  07102

**Re:**   *Dudley v. Haub, et al.,* **Civil Action No: 2:11-cv-05196 (WJM)(MF)**

Dear Judge Martini:

We, together with Cravath, Swaine & Moore LLP, represent defendant Christian W.E. Haub in the above referenced matter.  There are eight named defendants in this matter.  In an effort to avoid duplicative filings and reduce the burden on the Court and the parties, rather than file six separate motions and briefs of up to 40-pages each, Defendants Mr. Haub, Eric Claus, Brenda M. Galgano, Ronald Marshall, Samuel Martin and Frederic Brace (collectively, the "A&P Defendants") sought and obtained, prior to filing, the consent of Plaintiff and the permission of the Court to file a single, overlength brief not to exceed 100-pages.  The A&P Defendants' Joint Brief accordingly is submitted herewith.

We also respectfully submit this letter to confirm that all Defendants in this matter shall file and serve any reply briefs in support of their Motions to Dismiss by no later than October 9, 2012.  The current scheduling Stipulation and Order (Docket No. 378, filed 6/1/12) provides for replies to be filed no later than October 8, 2012.  Because October 8, 2012 is Columbus Day, Defendants sought and obtained the consent of Plaintiff and confirmation by the Court that the replies shall be due no later than the day after the holiday, on October 9, 2012.

We thank the Court for its attention.

Respectfully submitted,

s/ Sheila A. Sadighi

Sheila A. Sadighi


cc: All Counsel of Record (via ECF)

26248/2
06/22/12 20883498.1

Lowenstein Sandler PC    In California, Lowenstein Sandler LLP                                          www.lowenstein.com

65 Livingston Avenue   Roseland, NJ 07068  Tel 973 597 2500  Fax 973 597 2400                         New York   Palo Alto   Roseland