## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICKY DUDLEY, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>-v-<br><br>CHRISTIAN W.E. HAUB, ERIC CLAUS, BRENDA M. GALGANO, RONALD MARSHALL, SAMUEL MARTIN, THE YUCAIPA COMPANIES LLC, RONALD BURKLE AND FREDERIC BRACE,<br><br>                              Defendants. | **DOCUMENT FILED ELECTRONICALLY**<br><br>Civil Action No: 2:11-cv-05196-WJM-MF<br><br>Honorable William J. Martini, U.S.D.J.<br>Honorable Mark Falk, U.S.M.J.<br><br>**NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT UNDER FED. R. CIV. P. (9)(b), FED. R. CIV. P. 12(b)(6), AND THE PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**Return Date: October 15, 2012** |

**TO:**  All Counsel of Record

**PLEASE TAKE NOTICE** that on October 15, 2012 at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendants Christian W.E. Haub, Eric Claus, Brenda M. Galgano, Ronald Marshall, Samuel Martin and Frederic Brace (collectively, the "A&P Defendants") shall move before this Court for an order dismissing the Amended Complaint with prejudice pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion the undersigned counsel shall rely upon the Joint Brief and the Declaration of Sheila A. Sadighi filed herewith, and all other pleadings filed in this action. A proposed form of Order also is submitted herewith.

Dated: June 22, 2012                                                                Respectfully submitted,

By:  s/ Sheila A. Sadighi
     Sheila A. Sadighi                    - and -        Gary A. Bornstein (*Pro Hac Vice*)
     **LOWENSTEIN SANDLER PC**                           **CRAVATH, SWAINE & MOORE LLP**
     65 Livingston Avenue                                825 Eighth Avenue
     Roseland, New Jersey 07068                          New York, New York  10019

*Counsel for Defendant Christian W.E. Haub*

26248/2
06/22/2012 20869273.1

-2-

By: s/ Allen W. Burton  
    Bradley J. Butwin (*pro hac vice*)  
    Allen W. Burton  
    **O'MELVENY & MEYERS LLP**  
    Times Square Tower  
    7 Times Square  
    New York, New York 10036  

*Counsel for Defendants*  
*Brenda M. Galgano and Samuel Martin*

By: s/ Michael S. Gordon  
    Michael S. Gordon  
    Alan R. Friedman (*pro hac vice*)  
    **KATTEN MUCHIN ROSENMAN LLP**  
    1285 Avenue of the Americas  
    New York, New York 10019  

*Counsel for Defendant*  
*Eric Claus*

By: s/ Brian C. Raphel  
    Brian C. Raphel    - and -  
    **DECHERT LLP**  
    A Pennsylvania Limited Liability Partnership  
    Suite 500, 902 Carnegie Center  
    Princeton, New Jersey 08540  

    David H. Kistenbroker (*pro hac vice*)  
    Joni S. Jacobsen (*pro hac vice*)  
    **DECHERT LLP**  
    115 South LaSalle Street, 26th Floor  
    Chicago, Illinois  60603  

*Counsel for Defendant Ronald Marshall*

By: s/ James L. Brochin  
    Richard A. Rosen (*pro hac vice*)  
    James L. Brochin  
    **PAUL, WEISS, RIFKIND,**  
    **WHARTON & GARRISON LLP**  
    1285 Avenue of the Americas  
    New York, New York 10019  

*Counsel for Defendant Frederic Brace*