# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICKY DUDLEY, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>-v-<br><br>CHRISTIAN W.E. HAUB, ERIC CLAUS, BRENDA M. GALGANO, RONALD MARSHALL, SAMUEL MARTIN, THE YUCAIPA COMPANIES LLC, RONALD BURKLE AND FREDERIC BRACE,<br><br>　　　　　　　　　　　　Defendants. | **DOCUMENT FILED ELECTRONICALLY**<br><br>Civil Action No: 2:11-cv-05196-WJM-MF<br><br>Honorable William J. Martini, U.S.D.J.<br>Honorable Mark Falk, U.S.M.J.<br><br>**CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2** |

　　　　　Pursuant to Local Civil rule 11.2, the undersigned attorneys for Defendants Christian W.E. Haub, Eric Claus, Brenda M. Galgano, Ronald Marshall, Samuel Martin and Frederic Brace (collectively, the "A&P Defendants") certify that, to the best of their knowledge, the matter in controversy is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.

Dated: June 22, 2012

By:　s/ Sheila A. Sadighi
　　　Sheila A. Sadighi　　　　- and -　　Gary A. Bornstein (*Pro Hac Vice*)
　　**LOWENSTEIN SANDLER PC**　　　　　　**CRAVATH, SWAINE & MOORE LLP**
　　65 Livingston Avenue　　　　　　　　　825 Eighth Avenue
　　Roseland, New Jersey  07068　　　　　New York, New York  10019

*Counsel for Defendant Christian W.E. Haub*

| | | | |
|---|---|---|---|
| By: | s/ Allen W. Burton | By: | s/ Michael S. Gordon |
| | Bradley J. Butwin (*pro hac vice*) | | Michael S. Gordon |
| | Allen W. Burton | | Alan R. Friedman (*pro hac vice*) |
| | **O'MELVENY & MEYERS LLP** | | **KATTEN MUCHIN ROSENMAN LLP** |
| | Times Square Tower | | 1285 Avenue of the Americas |
| | 7 Times Square | | New York, New York  10019 |
| | New York, New York  10036 | | |

*Counsel for Defendants*  
*Brenda M. Galgano and Samuel Martin*

*Counsel for Defendant*  
*Eric Claus*

By:   s/ Brian C. Raphel  
　　　Brian C. Raphel                  - and -    David H. Kistenbroker (*pro hac vice*)  
　　　**DECHERT LLP**                              Joni S. Jacobsen (*pro hac vice*)  
　　　A Pennsylvania Limited Liability Partnership    **DECHERT LLP**  
　　　Suite 500, 902 Carnegie Center                 115 South LaSalle Street, 26th Floor  
　　　Princeton, New Jersey 08540                    Chicago, Illinois  60603

*Counsel for Defendant Ronald Marshall*

By:   s/ James L. Brochin  
　　　Richard A. Rosen (*pro hac vice*)  
　　　James L. Brochin  
　　　**PAUL, WEISS, RIFKIND,**  
　　　**WHARTON & GARRISON LLP**  
　　　1285 Avenue of the Americas  
　　　New York, New York 10019

*Counsel for Defendant Frederic Brace*