## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICKY DUDLEY, Individually and On Behalf of All Others Similarly Situated, | **DOCUMENT FILED ELECTRONICALLY** |
| Plaintiff, | Civil Action No: 2:11-cv-05196-WJM-MF |
| -v- | Honorable William J. Martini, U.S.D.J.<br>Honorable Mark Falk, U.S.M.J. |
| CHRISTIAN W.E. HAUB, ERIC CLAUS, BRENDA M. GALGANO, RONALD MARSHALL, SAMUEL MARTIN, THE YUCAIPA COMPANIES LLC, RONALD BURKLE AND FREDERIC BRACE, | **[PROPOSED] ORDER DISMISSING AMENDED COMPLAINT** |
| Defendants. | |

**THIS MATTER** having come before the Court on the motion of counsel for Defendants Christian W.E. Haub, Eric Claus, Brenda M. Galgano, Ronald Marshall, Samuel Martin, and Frederic Brace (collectively, the "A&P Defendants") for an Order dismissing the Amended Complaint with prejudice pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995; and the Court having considered the submissions in support of that motion; and for good cause shown:

**IT IS** on this _____ day of _____, 20__,

**ORDERED** that the A&P Defendants' Motion to Dismiss the Amended Complaint Under Fed. R. Civ. P. (9)(b), Fed. R. Civ. P. 12(b)(6), and the Private Securities Litigation Reform Act of 1995 is hereby GRANTED; and its is further

**ORDERED** that the Amended Complaint filed by Plaintiff Ricky Dudley be and hereby is DSIMISSED WITH PREJUDICE as to the A&P Defendants; and it is further

**ORDERED** that a copy of this Order shall be served upon all counsel of record within ___ days of the date hereof.

_____
Hon. William J. Martini, U.S.D.J.