PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
James L. Brochin
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Email: JBrochin@paulweiss.com

*Attorney for Defendant Frederic Brace*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICKY DUDLEY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTIAN W. E. HAUB, ERIC CLAUS, BRENDA M. GALGANO, RONALD MARSHALL, SAMUEL MARTIN, THE YUCAIPA COMPANIES LLC, RONALD BURKLE AND FREDERIC BRACE,<br><br>Defendants. | No.: 2:11-cv-05196-WJM-MF<br><br>**ORDER ADMITTING RICHARD A. ROSEN, ESQ.** *PRO HAC VICE* |

**THIS MATTER** having become before the Court by Paul, Weiss, Rifkind, Wharton & Garrison LLP, attorneys for Defendant Frederic Brace ("Defendant"), on notice to all parties, for entry of an Order granting the admission *pro hac vice* of Richard A. Rosen of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, having offices at 1285 Avenue of the Americas, New York, NY 10019; and the Court having considered the certifications of counsel, and for good cause shown:

IT IS on this **11** day of **July**, 2012 hereby

**ORDERED** that Richard A. Rosen, Esq. is hereby admitted *pro hac vice* to appear and participate as co-counsel for Defendant in this matter pursuant to Local Rule 101.1 of the United States District Court for the District of New Jersey; and

US1:7978451v1

**IT IS FURTHER ORDERED** that Richard A. Rosen, Esq. shall make payment to the New Jersey Lawyer's Fund for Client Protection as provided by Rule 1:28-2(a) of the New Jersey Court Rules, for this year and for any subsequent year in which he continues to represent a client in any matter pending in this Court; and

**IT IS FURTHER ORDERED** that Richard A. Rosen, Esq. shall pay an Admission Fee in the amount of $150 pursuant to L. Civ. R. 101.1(c)(3); and

**IT IS FURTHER ORDERED** that all pleadings, briefs and other papers filed with the Court shall be signed by James L. Brochin, Esq., attorney of record for Defendant, who shall be held responsible for said papers and the conduct of the cause and who shall be present in Court during all stages of this proceeding, unless expressly excused by the Court, and shall be held responsible for the conduct of the admitted attorney herein; and

**IT IS FURTHER ORDERED** that Richard A. Rosen, Esq. shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Rule 103.1 (Judicial Ethics and Professional Responsibility) and Local Rule 104.1 (Discipline of Attorneys); and

**IT IS FURTHER ORDERED** that Richard A. Rosen, Esq. shall be deemed to have agreed not to take a fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

_/s/ Mark Falk_

Hon. Mark Falk, U.S.M.J.
United States District Court
U.S. Post Office & Courthouse
1 Federal Square, Room 457
Newark, N.J. 07101

US1:7978451v1