# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

COUNSELLORS AT LAW
PARK 80 WEST - PLAZA ONE • 250 PEHLE AVENUE, SUITE 401 • SADDLE BROOK, N.J. 07663
201-845-9600 • FAX 201-845-9423

General E-mail: clphk@njlawfirm.com
Internet Address: www.njlawfirm.com

Peter S. Pearlman, Esq.
psp@njlawfirm.com
Direct Dial: 551-497-7131
Cell: 201-709-0597

August 10, 2012

**VIA FACSIMILE 973-645-4703**
Hon. William J. Martini
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4076
Newark, NJ 07101

Re: *Ricky Dudley v. Christian W.E. Haub, et al.,*
Case No.: 11-5196 (WJM-MF)

Dear Judge Martini:

I write on behalf of the lead plaintiffs seeing an extension of the time for response to the defendants' pending motions to dismiss. Presently, the opposition is due to be filed on or before August 22, 2012; we seek an extension to September 21, 2012 to file the opposition. The defendants have advised us they do not oppose an extension until September 12, but will not extend that courtesy through the 21st.

The extension is necessary because of the volume of material to which we are responding: two briefs totaling 115 pages and an additional 68 pages of "appendices" purporting to analyze the amended complaint--the functional equivalent of more than 180 pages of briefing--together with more than 600 pages of additional material.

We thank Your Honor in advance for considering this request.

Respectfully submitted,

/s/ *Peter S. Pearlman*

Peter S. Pearlman

MA/PAF
cc: All Counsel on attached Rider

SO ORDERED:

Dated: 8/13/12

_____
Hon. William J. Martini, USDJ