COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 West-Plaza One
250 Pehle Ave., Suite 401
Saddle Brook, NJ 07663
Telephone: 201/845-9600
201/845-9423 (fax)

Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICKY DUDLEY, Individually and On Behalf of All Others Similarly Situated, ) ) ) Plaintiff, ) ) vs. ) ) CHRISTIAN W. E. HAUB, et al., ) ) Defendants. ) ) | No. 2:11-cv-05196-WJM-MF <u>CLASS ACTION</u> NOTICE OF APPEARANCE |

TO:  The Clerk of Court and All Parties of Record

Please enter my appearance as counsel for Plaintiffs City of New Haven Employees' Retirement System and Plumbers and Pipefitters Locals 502 & 633 Pension Trust Fund in this action.

I certify that I am admitted to practice in this Court.

DATED:  August 20, 2012              ROBBINS GELLER RUDMAN
                                                                & DOWD LLP

                                                         */s/ Erin W. Boardman*
                                                          ERIN W. BOARDMAN

                                                   58 South Service Road, Suite 200
                                                   Melville, NY 11747
                                                   Telephone: 631/367-7100
                                                   631/367-1173 (fax)
                                                   Email: eboardman@rgrdlaw.com

                                                   *Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2012, I caused the foregoing Notice of Appearance to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Erin W. Boardman*
ERIN W. BOARDMAN