

Suite 500
902 Carnegie Center
Princeton, NJ 08540-6531
+1 609 955 3200 Main
+1 609 955 3259 Fax
www.dechert.com

**BRIAN RAPHEL**

brian.raphel@dechert.com
+1 609 955 3292 Direct
+1 609 873 9131 Fax

August 23, 2012

**VIA CM/ECF**

Honorable William J. Martini
Martin Luther King Jr. Federal Building and
United States Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:   *Dudley v. Haub, et al.,*
      Case No. 2:11-cv-05196-WJM-MF

Dear Honorable William J. Martini:

I write on behalf of counsel for all Defendants in the above-captioned action to respectfully request that the deadline for Defendants' reply briefs in support of their pending motions to dismiss be extended through November 5, 2012. (*See* Dkt. Nos. 47, 49.) This deadline comports with the forty-five day period between Plaintiffs' response and Defendants' replies set forth in the Court's original scheduling order (*see* Dkt. No. 36), before the deadlines we re-set at Plaintiffs' request (*see* Minute Entry, August 14, 2012). Counsel for Plaintiffs do not oppose Defendants' instant request for extension through November 5, 2012.

Sincerely,

Brian C. Raphel

cc: All Counsel of Record

James J. Marino, Resident Managing Partner
A Pennsylvania Limited Liability Partnership

US  Austin  Boston  Charlotte  Hartford  Los Angeles  New York  Orange County  Philadelphia  Princeton  San Francisco  Silicon Valley
Washington DC   EUROPE  Brussels  Dublin  Frankfurt  London  Luxembourg  Moscow  Munich  Paris   ASIA  Beijing  Hong Kong