# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

COUNSELLORS AT LAW
PARK 80 WEST - PLAZA ONE ▪ 250 PEHLE AVENUE, SUITE 401 ▪ SADDLE BROOK, N.J. 07663
201-845-9600 ▪ FAX 201-845-9423

Peter S. Pearlman, Esq.
psp@njlawfirm.com
Direct Dial: 551-497-7131
Cell: 201-709-0597

General E-mail: clphk@njlawfirm.com
Internet Address: www.njlawfirm.com

September 20, 2012

**VIA ECF**
Hon. William J. Martini
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4076
Newark, NJ 07101

Re:  *Ricky Dudley v. Christian W.E. Haub, et al.,*
     Case No.: 11-5196 (WJM-MF)

Dear Judge Martini:

I write on behalf of the lead plaintiffs seeking the court's permission to file one brief in 14-point font not to exceed 98 pages in oppositions to the defendants' briefs in support of their motions to dismiss. We believe the extension is necessary because of the volume of material to which we are responding: two briefs totaling 115 pages and an additional 68 pages of "Appendices" which purport to analyze the allegations of the Amended Complaint together with more than 600 pages of additional material.

I represent to Your Honor that the defendants have advised us they do not object to this request.

We thank Your Honor in advance for considering this request, and ask that, if it is approved, Your Honor So Order it below.

Respectfully submitted,

*/s/ Peter S. Pearlman*

Peter S. Pearlman

PSP:glv
cc: All Counsel on attached Rider

SO ORDERED:

Dated: _____          _____
                             Hon. William J. Martini, USDJ

**COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**
COUNSELLORS AT LAW

## **RIDER**

Mario Alba, Esq. (via email only)
Lawrence M. Rolnick, Esq. (via email only)
Gary Bornstein, Esq. (via email only)
Bradley J. Butwin, Esq. (via email only)
Allen W. Burton, Esq. (via email only)
Michael S. Gordon, Esq. (via email only)
Alan R. Friedman, Esq. (via email only)
David H. Kistenbroker, Esq. (via email only)
Joni S. Jacobsen, Esq. (via email only)
Ashley J. Burden, Esq. (via email only)