CERTIFICATE OF SERVICE

      I hereby certify that on September 21, 2012, I caused the foregoing Plaintiffs' Memorandum of Law in Opposition to Defendants' Motions to Dismiss the Amended Complaint to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

                                                */s/ Peter S. Pearlman*
                                                PETER S. PEARLMAN