

**Sheila A. Sadighi**
Member of the Firm
Tel 973 597 6218
Fax 973 597 6219
ssadighi@lowenstein.com

November 2, 2012

**VIA ECF**

Honorable William J. Martini, U.S.D.J.
M.L. King Jr. Federal Building & Courthouse
50 Walnut Street, Room 4076
Newark, New Jersey 07102

Re:   *Dudley v. Haub, et al.,* Civil Action No: 2:11-cv-05196 (WJM)(MF)

Dear Judge Martini:

We, together with Cravath, Swaine & Moore LLP, represent defendant Christian W.E. Haub in the above referenced matter. As the Court is aware, there are eight named defendants in this matter. In an effort to avoid duplicative filings, rather than file six separate motions to dismiss and supporting briefs of up to 40-pages each, Defendants Mr. Haub, Eric Claus, Brenda M. Galgano, Ronald Marshall, Samuel Martin and Frederic Brace (collectively, the "A&P Defendants") sought and obtained the consent of Plaintiffs and the permission of the Court to file a single, overlength brief not to exceed 100-pages. Plaintiffs then sought and obtained our consent and the permission of the Court to file a single brief in opposition to the motions of all Defendants, not to exceed 98 pages. The A&P Defendants now respectfully seek the permission of the Court, with Plaintiffs' consent, to file a reply brief of no more than 50 pages.

We also respectfully submit this letter on behalf of all Defendants, again with the consent of Plaintiffs, to request a one-week extension of time, to Monday, November 12, 2012, to file and serve the reply briefs. We make this request as a result of Hurricane Sandy, which continues to leave a number of Defendants' counsel without power this week.

We thank the Court in advance for its consideration. We respectfully request that if the Court approves our requests, Your Honor So Order this letter.

Respectfully submitted,

s/ Sheila A. Sadighi

Sheila A. Sadighi

cc: All Counsel of Record (via ECF)

**SO ORDERED:**

Dated: Nov 5 2012

_____
Hon. William J. Martini, U.S.D.J.

26248/2
11/02/12 22011516.2

Lowenstein Sandler PC   In California, Lowenstein Sandler LLP                    www.lowenstein.com

65 Livingston Avenue   Roseland, NJ 07068   Tel 973 597 2500   Fax 973 597 2400         New York  Palo Alto  Roseland