Lawrence M. Rolnick
Sheila A. Sadighi
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500

-and-

Gary A. Bornstein (*pro hac vice*)
**CRAVATH, SWAINE & MOORE LLP**
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000

*Attorneys for Defendant Christian W.E. Haub*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICKY DUDLEY, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>-v-<br><br>CHRISTIAN W.E. HAUB, ERIC CLAUS, BRENDA M. GALGANO, RONALD MARSHALL, SAMUEL MARTIN, THE YUCAIPA COMPANIES LLC, RONALD BURKLE AND FREDERIC BRACE,<br><br>                              Defendants. | **DOCUMENT FILED ELECTRONICALLY**<br><br>Civil Action No: 2:11-cv-05196-WJM-MF<br><br>Honorable William J. Martini, U.S.D.J.<br>Honorable Mark Falk, U.S.M.J.<br><br>**CERTIFICATION OF SERVICE** |

**SHEILA A. SADIGHI**, of full age, certifies:

1.   I am a member of the law firm Lowenstein Sandler PC, located at 65 Livingston Avenue, Roseland, New Jersey 07068, counsel for Defendant Christian W.E. Haub in the above-referenced matter.

2.   I hereby certify that on Monday, November 12, 2012, I caused true and correct copies of the following to be filed electronically with the Clerk of this Court and served electronically upon all counsel of record via CM/ECF, and caused one courtesy paper copy of the

following to be sent via Federal Express, overnight delivery, to the Clerk's Office, addressed for delivery to the Honorable William J. Martini, U.S.D.J.:

    (i)    A&P Defendants' Reply Memorandum of Law in Further Support of Their Motion to Dismiss the Amended Complaint Under Fed. R. Civ. P. (9)(b), Fed. R. Civ. P. 12(b)(6), and the Private Securities Litigation Reform Act of 1995; and

    (ii)    this Certification of Service.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 12, 2012

    s/ Sheila A. Sadighi
    Sheila A. Sadighi