UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**RICKY DUDLEY,** *individually and on behalf of all others similarly situated*,

    **Plaintiff,**

    v.

**CHRISTIAN W.E. HAUB,** *et al.*,

    **Defendants.**

Civ. No. 2:11-cv-05196 (WJM)

**ORDER**

    **THIS MATTER** comes before the Court on a motion to dismiss filed by Christian W. E. Haub ("Haub"), Eric Claus ("Claus"), Brenda M. Galgano ("Galgano"), Ronald Marshall ("Marshall"), Samuel Martin ("Martin"), and Frederic Brace ("Brace") (the "A&P Defendants"), and a motion to dismiss filed by The Yucaipa Companies LLC ("Yucaipa") and Ronald Burkle ("Burkle") (the "Yucaipa Defendants"); for the reasons set forth in the accompanying opinion; and for good cause appearing;

    **IT IS** on this 30th day of April 2013, hereby,

    **ORDERED** that the A&P Defendants' motion to dismiss is **GRANTED** in part, and **DENIED** in part; and it is further

    **ORDERED** that the A&P Defendants' motion to dismiss is **DENIED** with respect to Defendants Claus, Galgano, Haub, and Brace; and it is further

    **ORDERED** that the A&P Defendants' motion to dismiss is **GRANTED** with respect to Defendants Marshall and Martin; and it is further

1

**ORDERED** that the claims against Defendants Marshall and Martin are **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that the Yucaipa Defendants' motion to dismiss is **GRANTED**; and it is further

**ORDERED** that the claims against the Yucaipa Defendants are **DISMISSED WITH PREJUDICE**.

/s/ William J. Martini
**WILLIAM J. MARTINI, U.S.D.J.**