# Lowenstein Sandler LLP

Sheila A. Sadighi
Partner

65 Livingston Avenue
Roseland, NJ 07068
T   973 597 6218
F   973 597 6219
ssadighi@lowenstein.com

May 8, 2013

**VIA ECF**

Honorable William J. Martini, U.S.D.J.
M.L. King Jr. Federal Building & Courthouse
50 Walnut Street, Room 4076
Newark, New Jersey  07102

Re:   *Dudley v. Haub, et al.,* **Civil Action No: 2:11-cv-05196 (WJM)(MF)**

Dear Judge Martini:

We, together with Cravath, Swaine & Moore LLP, represent defendant Christian W.E. Haub in the above referenced matter. We submit this letter on behalf of Mr. Haub, and on behalf of defendants Eric Claus, Brenda M. Galgano and Frederic Brace (collectively with Mr. Haub, "Defendants") to request an extension of Defendants' time to answer Plaintiffs' Amended Complaint until Friday, June 21, 2013. Plaintiffs consent to Defendants' request.

By Opinion dated and filed on April 30, 2013, Your Honor granted in part, and denied in part, Defendants' motion to dismiss Plaintiffs' Amended Complaint. Without the requested extension, Defendants' answers would be due on May 14, 2013. No other extension of time to answer since the Court's April 30, 2013 Opinion and Order has been sought or obtained.

Should the requested extension meet with the Court's approval, we respectfully request that Your Honor "So Order" this request. We thank the Court in advance for its consideration.

Respectfully submitted,

Sheila A. Sadighi

cc:   All Counsel of Record via ECF