# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RICKY DUDLEY, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | No. 2:11-cv-05196 |
| vs. | ) ) | |
| CHRISTIAN W. E. HAUB, ERIC CLAUS, BRENDA M. GALGANO, and FREDERIC BRACE, | ) ) ) ) | |
| Defendants. | ) ) | |

## ▆▆▆▆▆▆ ORDER ADMITTING COUNSEL *PRO HAC VICE*

This matter coming before the Court on the motion of Allen W. Burton, seeking

permission for William J. Sushon of O'Melveny & Myers LLP, to appear *pro hac vice* as counsel

for Defendant Brenda M. Galgano in the above-captioned matter, and for good cause shown, it is

hereby ordered that:

1.     William J. Sushon, a member of the New York Bar, is permitted to appear *pro

hac vice* in the above-captioned matter in the United States District Court for the District of New

Jersey under Local Civil Rule 101.1(c); provided, however, that all pleadings, briefs, and other

papers filed with the Court shall be signed by Allen W. Burton, who is a member in good

standing with the Bar of the Supreme Court of New Jersey and the Bar of this Court, who shall

be held responsible for said papers and for the conduct of the case, and who shall be present

before the Court during all phases of this proceeding, unless expressly excused by the Court, and

who also shall be held responsible for the conduct of the attorney admitted *pro hac vice* under

this Order;

2.      Under Local Civil Rule 101.1(c)(2), William J. Sushon shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with the New Jersey Court Rule 1:28-2 within thirty (30) days from the date of the entry of this Order, enclosing with payment a completed Form PHV-8;

3.      William J. Sushon shall be bound by the General Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of L. Civ. R. 103.1, *Judicial Ethics and Professional Responsibility*, and L. Civ. R. 104.1, *Discipline of Attorneys*;

4.      Under Local Civil Rule 101.1(c)(4), William J. Sushon shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule. Rule 1:21-1, as amended; and

5.      A payment of $150.00 for the attorney admitted *pro hac vice* shall be made to the Clerk of the United States District Court for the District of New Jersey.

DATED: 5/31/13

SO ORDERED

MARK FALK, U.S.M.J.