# Lowenstein Sandler LLP

Sheila A. Sadighi
Partner

65 Livingston Avenue
Roseland, NJ 07068
T  973 597 6218
F  973 597 6219
ssadighi@lowenstein.com

June 18, 2013

**VIA ECF**

Honorable William J. Martini, U.S.D.J.
M.L. King Jr. Federal Building & Courthouse
50 Walnut Street, Room 4076
Newark, New Jersey 07102

Re:  *Dudley v. Haub, et al.*, Civil Action No: 2:11-cv-05196 (WJM)(MF)

Dear Judge Martini:

We submit this letter on behalf of Defendants in the above referenced matter to request a brief, second extension of Defendants' time to answer Plaintiffs' Amended Complaint from Friday, June 21, 2013 to Tuesday, July 2, 2013. Plaintiffs consent to Defendants' request.

By Opinion dated and filed on April 30, 2013, Your Honor granted in part, and denied in part, Defendants' motion to dismiss Plaintiffs' Amended Complaint. By letter dated May 8, 2013, and with the consent of Plaintiffs, Defendants previously requested an extension of their time to answer from May 14, 2013 to June 21, 2013. Magistrate Judge Falk "So Ordered" the requested extension on May 10, 2013 (Docket No. 70).

Should the requested extension to July 2, 2013 meet with the Court's approval, we respectfully request that the Court "So Order" this request. The parties agree that this requested extension shall not cause the delay of the parties' Rule 26(f) conference or other proceedings in this case. We thank the Court in advance for its consideration.

Respectfully submitted,

s/ Sheila A. Sadighi

Sheila A. Sadighi

cc:  Honorable Mark J. Falk, U.S.M.J. (via fax: 973-645-3097)
     All Counsel of Record via ECF

**SO ORDERED**
_____ 6/18/13
MARK FALK, U.S.M.J.

New York   Palo Alto   Roseland                                           www.lowenstein.com