COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 West-Plaza One
250 Pehle Ave., Suite 401
Saddle Brook, NJ 07663
Telephone: 201/845-9600
201/845-9423 (fax)

Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
ERIN W. BOARDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICKY DUDLEY, Individually and On Behalf of All Others Similarly Situated, ) ) ) | No. 2:11-cv-05196-WJM-MF |
| Plaintiff, ) ) ) | CLASS ACTION |
| vs. ) ) ) | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO INTERROGATORIES |
| CHRISTIAN W. E. HAUB, et al., ) ) | |
| Defendants. ) ) | |

WHEREAS, on September 13, 2013, this Court entered a Pretrial Scheduling Order, which provided, among other things, that the parties may serve interrogatories limited to twenty-five (25) single questions on or before September 30, 2013, to be responded to no later than October 30, 2013;

WHEREAS, Defendants served their First Set of Interrogatories to Lead Plaintiffs on September 16, 2013 and served their Second Set of Interrogatories to Lead Plaintiffs on September 30, 2013;

WHEREAS, the parties have scheduled a mediation session for November 21, 2013 with David Geronemus, Esq. of JAMS;

WHEREAS, in order to conserve the parties' resources and enable the parties to focus their efforts on preparing for the mediation, Lead Plaintiffs seek a brief extension of time to respond to Defendants' interrogatories;

WHEREAS, Defendants do not oppose this request; and

WHEREAS, this is the first request for an extension of time to serve responses to interrogatories;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, as follows:

1.  Lead Plaintiffs shall respond to Defendants' interrogatories on or before December 5, 2013.

DATED: October 28, 2013                                Respectfully submitted,


_____                            _____
       s/ Allen W. Burton                                      s/ Michael S. Gordon
     ALLEN W. BURTON                                         MICHAEL S. GORDON

Bradley J. Butwin (*pro hac vice*)
William J. Sushon (*pro hac vice*)
Allen W. Burton
O'MELVENY & MYERS LLP
7 Times Square
New York, NY  10036
Telephone:  212/326-2000

*Counsel for Brenda M. Galgano*

Michael S. Gordon
Alan R. Friedman (*pro hac vice*)
KATTEN MUCHIN ROSEN MAN LLP
575 Madison Avenue
New York, NY  10022-2585
Telephone:  212/940-8800

*Counsel for Eric Claus*

_____s/ Sheila A. Sadighi_____
SHEILA A. SADIGHI

Lawrence M. Rolnick
Sheila A. Sadighi
LOWENSTEIN SANDLER LLP
65 Livingston Avenue
Roseland, NJ  07068
Telephone:  973/597-2468

-and-

Gary A. Bornstein (*pro hac vice*)
CRAVATH SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019-7475
Telephone:  212/474-1104

*Counsel for Christian W.E. Haub*

_____s/ Mark A. Berman_____
MARK A. BERMAN

Mark A. Berman
HARTMANN DOHERTY ROSA BERMAN
   & BULBULIA LLC
65 Route 4 East
River Edge, NJ  07661
Telephone:  201/441-9056

-and-

Richard A. Rosen (*pro hac vice*)
James L. Brochin
PAUL WEISS RIFKIND WHARTON &
   GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019
Telephone:  212/373-3000

*Counsel for Frederic Brace*

_____s/ Peter S. Pearlman_____
PETER S. PEARLMAN

Peter S. Pearlman
COHN LIFLAND PEARLMAN
      HERRMANN & KNOPF LLP
Park 80 West-Plaza One
250 Pehle Ave., Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

*Liaison Counsel for Plaintiffs*

- 2 -

Samuel H. Rudman
Robert M. Rothman (*pro hac vice*)
Erin W. Boardman
ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

*Lead Counsel for Plaintiffs*

SO ORDERED.

DATED: November 4, 2013

_____
THE HONORABLE MARK FALK
UNITED STATES MAGISTRATE JUDGE